UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00372-FDW-SCR

| | |
|---|---|
| ROY KING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| MECKLENBURG COUNTY TAX ASSESSOR, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiffs filed a Complaint in this matter on June 2, 2023. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis (IFP) without prejudice to amending their application or paying the filing fee within 21 days of the Court's Order. [Doc. 2, 3]. The Court advised Plaintiffs that this action would be dismissed without prejudice and without further notice to Plaintiffs should they fail to comply with the Court's Order. [Doc. 3 at 2]. Plaintiffs have not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: July 24, 2023

_____
Frank D. Whitney
United States District Judge